The People of the State of Illinois, Defendant in Error, v. Johanna Unkel, Plaintiff in Error.

(Not to be reported in full.)

Error to the County Court of Vermilion county; the Hon. LAWRENCE T. ALLEN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

## Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Johanna Unkel, defendant, for keeping a common, ill-governed and disorderly house. From a judgment of conviction and fine of one hundred and fifty dollars and costs, defendant brings error.

CHARLES M. CRAYTON and JOHN M. BOYLE, for plaintiff in error.

JOHN H. LEWMAN, for defendant in error.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. DISORDERLY HOUSE, § 2*—*when evidence sufficient to sustain conviction for keeping.* The testimony of three detectives who visited defendant's boarding house, *held* sufficient to sustain defendant's conviction, in a prosecution for keeping a common, illgoverned and disorderly house.

2. CRIMINAL LAW, § 532*—*when erroneous admission of evidence harmless error.* The erroneous admission of evidence which was of small importance and had little bearing on a criminal case, *held* not to be reversible error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.